UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-10035-CR-MOORE

**UNITED STATES OF AMERICA,**

      Plaintiff(s),
vs.

**CHADIEL MIRANDA-TORNA**
**#32941-004**

      Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Barry L. Garber's Report and Recommendation [72] on Defendant's Motions to Withdraw Plea After Imposition of Sentence [60] [61]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report and Recommendation issued September 26, 2007 is hereby **ADOPTED.** Defendant Miranda-Torna's Motions to Withdraw Plea After Imposition of Sentence are *Denied*.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of October, 2007.

                                  K. MICHAEL MOORE
                                  UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record